**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
FANGFANG XU,

        Plaintiff,

-against-

L. FRANCIS CISSNA, Director of U.S.
Citizenship and Immigration Services,
KIRSTJEN NIELSON, Secretary U.S.
Department of Homeland Security,
THOMAS CIOPPA, District Director of U.S.
Citizenship and Immigration Services,

        Defendants.
-----------------------------------------------------------X

19 CIVIL 2584 (KPF)

## JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated January 16, 2020, Defendants' motion to dismiss is granted; accordingly, this case is closed.

**Dated:** New York, New York
        January 17, 2020

        RUBY J. KRAJICK
        Clerk of Court

BY:
        Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON 1/17/2020